JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMONTE ROBERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>LOMPOC FEDERAL PRISON, ET AL.,<br><br>   Defendants. | Case No. 2:20-00987 CJC (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Pay Filing Fees and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 7, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge